11 So.2d 166
### Manson CAMPBELL v. STATE.
5 Div. 165.

Court of Appeals of Alabama.
Nov. 24, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

5 So.2d 842
### Claude CANNON v. STATE.
6 Div. 752.

Court of Appeals of Alabama.
Dec. 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

3 So.2d 917
### Curtis CANTRELL v. STATE.
6 Div. 736.

Court of Appeals of Alabama.
May 13, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

3 So.2d 917
### John CARDEN v. STATE.
7 Div. 610.

Court of Appeals of Alabama.
June 10, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

8 So.2d 898
### Louie CARPENTER v. STATE.
7 Div. 276.

Court of Appeals of Alabama.
June 9, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.